JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ALL MAGIC PAINT & BODY, INC.,<br><br>Defendant. | CASE NO.: 5:19-cv-02143 JGB (KKx)<br><br>**CONSENT ORDER** |

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

Upon the joint request and with the mutual consent of plaintiff Government Employees Insurance Company ("GEICO") and defendant All Magic Paint & Body, Inc. ("Magic Paint") (together, the "Parties"), it is hereby **ORDERED AND ADJUDGED** that:

1. This Court has original and subject matter jurisdiction over all of the claims asserted in the Complaint, docket no. 1, under 15 U.S.C. § 1121(a) and 28 U.S.C. §§ 1331, 1338(a), and 1338(b).

2. This Court has personal jurisdiction over Magic Paint because it is incorporated in California, has its principal place of business within this judicial district, and regularly does and solicits business in California and within this judicial district.

3. Venue is proper in this judicial district under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omission giving rise to the claims alleged in the Complaint occurred within this judicial district.

4. Magic Paint, including its officers, agents, employees, attorneys, and all others acting for, on behalf of, or in concert with Magic Paint, who receive actual notice of this Consent Order, are hereby **PERMANENTLY ENJOINED** from:

   A. Displaying or otherwise using any of GEICO's trademarks or service marks, including the GEICO word mark, GEICO's anthropomorphized gecko mascot, and all other registered and common law marks owned by GEICO, in connection with automobile painting and body shop services and any other automobile- or insurance-related products or services, in any medium, including printed advertisements, window displays, television commercials, radio advertisements, and the Internet.

   B. Disparaging GEICO or making false statements of fact, orally or in writing, about GEICO, this action, or the resolution of this action.

5. For the avoidance of doubt, the preceding Paragraph 4(A) requires Magic Paint to, among other things, permanently take down all of the GEICO marks

displayed in the windows of its automobile painting and body shop located at 14461 Commerce Center Drive in Moreno Valley, California.

6. This Consent Order finally resolves this action. The Parties each expressly waive any right to appeal or otherwise to seek relief from this Consent Order. GEICO's claims against Magic Paint in the Complaint are hereby **DISMISSED WITH PREJUDICE**. The Parties shall each bear their own costs and attorneys' fees incurred in connection with this action.

7. The Court retains jurisdiction over the subject matter of this action and the Parties to enforce this Consent Order and to adjudicate any disputes arising herefrom.

Dated: December __13__, 2019

Hon. Jesus Gilberto Bernal
United States District Judge

Consented to and agreed to by:

| FOR PLAINTIFF GEICO: | FOR DEFENDANT MAGIC PAINT: |
|---|---|
| By: _____ | By: _____ |
| Name: Jason J. Kim | Name: Roffi Averyan |
| Title: Attorney | Title: COO |
| Date: December 17, 2019 | Date: December 13, 2019 |

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is 550 South Hope Street, Suite 2000, Los Angeles, California 90071-2627.

On December 13, 2019, I served document(s) described as: **CONSENT ORDER** on interested parties in this action by placing true and correct copy(ies) thereof in an envelope addressed as follows:

All Magic Paint & Body, Inc.          Defendant
14461 Commerce Center Drive
Moreno Valley, CA 92553
raffi@allmagicauto.com

☒ **By MAIL:** by placing true and correct copy(ies) thereof in an envelope addressed to the attorney(s) of record, addressed as stated above.

☐ **By OVERNIGHT MAIL:** by overnight courier, I arranged for the above-referenced document(s) to be delivered to an authorized overnight courier service for delivery to the addressee(s) above, in an envelope or package designated by the overnight courier service with delivery fees paid or provided for.

☒ **By EMAIL:** by causing a true and correct copy thereof to be transmitted electronically to the attorney(s) of record at the e-mail address(es) indicated above.

☐ **By ELECTRONIC SERVICE:** by causing a true and correct copy thereof to be transmitted electronically to the attorney(s) of record in this action via the court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 13, 2019, Los Angeles, California.

                                        /s/ Mark Johnson
                                          Mark Johnson